UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLE LEE PAYMENT,<br><br>               Plaintiff,<br><br>   v.<br><br>BERNARD WARNER et al.,<br><br>               Defendants. | CASE NO. C14-5748 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court grants plaintiff's motion to dismiss his action pursuant to Fed. R. Civ. P. 41 (a).  The Court dismisses the action without prejudice.

DATED this 9th day of January, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE